PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed:  ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☑ Superseding Indictment  ☐ Defendant Added  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT  EASTERN
DISTRICT OF LOUISIANA  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Elizabeth Nemeth
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

Name of Asst. U.S. Attorney (if assigned): Maria M. Carboni

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any):
Special Agent James Ollinger, FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish  County: Orleans

CASE NO. 18-204 "A"

USA vs.
Defendant: DERRICK GROVES, a/k/a "Woo"
Address: In Custody of USMS

☐ Interpreter Required  Dialect: ____

Birth Date: 1997
☑ Male  ☐ Female
☐ Alien (if applicable)

Social Security Number xxx-xx-7320

**DEFENDANT**

Issue:  ☐ Warrant  ☐ Summons

Location Status:
Arrest Date ____ or Date Transferred to Federal Custody ____

☑ Currently in Federal Custody
☐ Currently in State Custody  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Joseph P. Raspanti
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 7 (for this defendant only)

| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC Sections 924(o) | Conspiracy to Possess Firearms in Furtherance of Drug Trafficking | 1 |
| 4 | 21 USC Sections 841(a)(1), (b)(1)(C), 846 | Conspiracy to Distribute Heroin | 2 |
| 4 | 18 USC Sections 1503(a), and 2 | Obstruction of Justice | 6 |
| 4 | 21 USC Sections 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute Heroin | 7, 9 |
| 4 | 18 USC Sections 924(c)(1)(A) and 924(c)(1)(A)(i) | Possession of a Firearm in Furtherance of Drug Trafficking | 8, 10 |